# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,<br><br>                Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KEVIN K. McALEENAN, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Acting Director of United States Citizenship and Immigration Services*; and UNITED STATES OF AMERICA,<br><br>                Defendants. | No. 19-cv-07777 (GBD) |

## DECLARATION OF SERVICE

I hereby declare that, in accordance with Fed. R. Civ. P. 4(i), I caused a copy of the

Complaint and the Summonses in this action to be served on August 23, 2019, by certified mail,

return receipt requested, on the following persons and agencies:

UNITED STATES OF AMERICA
Honorable William P. Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

1

KEVIN K. McALEENAN, in his official capacity as
Acting Secretary of the United States Department of Homeland Security
c/o United States Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Washington, DC 20528

KENNETH T. CUCCINELLI II, in his official capacity as
Acting Director of United States Citizenship and Immigration Services
c/o United States Department of Homeland Security
Office of the General Counsel - Chief Legal Counsel USCIS
245 Murray Lane SW
Washington, DC 20528

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
U.S. Department of Homeland Security
Office of the General Counsel - Chief Legal Counsel USCIS
245 Murray Lane SW
Washington, DC 20528

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
245 Murray Lane SW
Washington, DC 20528


Civil-Process Clerk
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York City, NY 10007

*See* Ex. 1.

      As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 2, the certified mailing was delivered to the United States of America on August 27, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to the United States of America).

As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 3, the certified mailing was delivered to Kevin K. McAleenan on August 26, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to Kevin K. McAleenan).

As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 4, the certified mailing was delivered to Kenneth T. Cuccinelli II on August 26, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to Kenneth T. Cuccinelli II).

As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 5, the certified mailing was delivered to the United States Citizenship and Immigration Services on August 26, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to the United States Citizenship and Immigration Services).

As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 6, the certified mailing was delivered to the United States Department of Homeland Security on August 26, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to the United States Department of Homeland Security).

As indicated on the United States Postal Service Tracking website, a true and correct copy of which is annexed hereto as Exhibit 7, the certified mailing was delivered to the Civil-Process Clerk for the United States Attorney's Office in the Southern District of New York on August 26, 2019. *See also* Ex. 1 (indicating the tracking number for the certified mailing to the

Civil-Process Clerk for the United States Attorney's Office in the Southern District of New York).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 28, 2019

                                              By:    */s/ Abigail Rosner*
                                                        Abigail Rosner
                                                        Assistant Attorney General
                                                        Office of the New York State Attorney General
                                                        28 Liberty Street
                                                        New York, New York 10005
                                                        (212) 416-8922
                                                        Abigail.Rosner@ag.ny.gov