UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>             Defendants. | Case No. 1:19-cv-07777 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Donovan, Jr., Attorney General of the State of Vermont, by Benjamin D. Battles, Solicitor General, shall appear as an attorney for the Plaintiff State of Vermont. The undersigned certifies that he is admitted to practice in this Court.

Dated:    Montpelier, Vermont
              August 29, 2019

                                            STATE OF VERMONT

                                            THOMAS J. DONOVAN, JR.
                                            ATTORNEY GENERAL

By:    */s/* Benjamin D. Battles
        Benjamin D. Battles
        Solicitor General
        Office of the Attorney General
        109 State Street
        Montpelier, VT 05609-1001
        (802) 828-5500
        benjamin.battles@vermont.gov

        *Counsel for the State of Vermont*