UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE OF NEW YORK et al.,

                Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                Defendants.
------------------------------------x

ORDER

19 Civ. 7777 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 0 6 2019*

GEORGE B. DANIELS, United States District Judge:

    The page limit for Plaintiffs' memorandum of law in support of their motion for a preliminary injunction is extended to 40 pages.

    The initial conference scheduled for September 24, 2019 at 9:30 am shall be held at 10:30 am.

Dated: New York, New York
       September 6, 2019

                                              SO ORDERED.

                                              */s/ George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge