UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | 19 Civ. 7777 (GBD) |

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 65 and 5 U.S.C. § 705)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65, Plaintiffs hereby move the Court for a preliminary injunction to enjoin Defendants from implementing, applying, or taking any action under the Final Rule entitled *Inadmissibility on Public Charge Grounds*, 84 Fed. Reg. 41,292 (Aug. 14, 2019), in order to preserve the status quo until this case is decided on the merits and final judgment is entered.

Alternatively, pursuant to 5 U.S.C. § 705, Plaintiffs move for a stay postponing the effective date of the Final Rule until this case is decided on the merits and final judgment is entered.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Elena Goldstein, the exhibits attached to that Declaration, the pleadings and papers on file in this action, and any argument and evidence that is presented on the hearing of this motion.

| | |
|---|---|
| DATED:  September 9, 2019 | Respectfully submitted, |
| | LETITIA JAMES<br>*Attorney General of the State of New York* |
| | By: */s/ Elena Goldstein*<br>Elena Goldstein, *Senior Trial Counsel* |
| | Matthew Colangelo<br>    *Chief Counsel for Federal Initiatives*<br>Ming-Qi Chu, *Section Chief, Labor Bureau*<br>Amanda Meyer, *Assistant Attorney General*<br>Abigail Rosner, *Assistant Attorney General*<br>Ajay Saini, *Assistant Attorney General*<br>Office of the New York State Attorney General<br>New York, New York 10005<br>Phone:  (212) 416-6201<br>elena.goldstein@ag.ny.gov |
| | *Attorneys for the State of New York* |

| | |
|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel of the City of New York* | WILLIAM TONG<br>*Attorney General of Connecticut* |
| By: */s/ Tonya Jenerette*<br>Tonya Jenerette<br>    Deputy Chief for Strategic Litigation<br>Cynthia Weaver, *Senior Counsel*<br>Hope Lu, *Senior Counsel*<br>Doris Bernhardt, *Senior Counsel*<br>Melanie Ash, *Senior Counsel*<br>100 Church Street, 20th Floor<br>New York, NY 10007<br>Phone: (212) 356-4055<br>tjeneret@law.nyc.gov | By: */s/ Joshua Perry*<br>Joshua Perry\*<br>    *Special Counsel for Civil Rights*<br>55 Elm Street<br>Hartford, CT 06106-0120<br>(860) 808-5318<br>Joshua.perry@ct.gov |
| *Attorneys for the City of New York* | *Attorneys for the State of Connecticut* |

THOMAS J. DONOVAN, JR.
*Attorney General of Vermont*

By: */s/ Benjamin Battles*
Benjamin Battles, *Solicitor General*
Eleanor Spottswood, *Assistant Attorney General*
Julio Thompson,* *Assistant Attorney General*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-5500
benjamin.battles@vermont.gov

*Attorneys for the State of Vermont*

**Application for admission pro hac vice forthcoming*