

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

---

Joshua Kolsky                                           Tel.:  (202) 305-7664
Trial Attorney                                          E-mail:  joshua.kolsky@usdoj.gov


October 6, 2019

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

     Re:    Notice of Correction to Rule (*State of New York, et al. v. U.S. Department of Homeland Security, et al.*, 19 Civ. 7777)

Dear Judge Daniels,

     I represent Defendants in the above-captioned matter. I write to bring to the attention of Your Honor and Plaintiffs the attached correction to the rule titled *Inadmissibility on Public Charge Grounds*.  The correction was published in the Federal Register on October 2, 2019 and is also available at https://www.federalregister.gov/documents/2019/10/02/2019-21561/inadmissibility-on-public-charge-grounds-correction.

                               Respectfully submitted,

                                 /s/
                               Joshua M. Kolsky


CC: All Counsel of record via ECF.