IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 19-cv-07777 (GBD) |

## MOTION FOR STAY OF INJUNCTION PENDING APPEAL

Defendants respectfully move the Court to stay pending appeal the Court's order granting a nationwide preliminary injunction in this matter. For the reasons discussed in Defendants' Memorandum of Law in Support of Defendants' Motion for Stay of Injunction Pending Appeal, this Court should stay its preliminary injunction pending the resolution of the government's appeal. At a minimum, it should issue a stay limiting the effect of its injunction to Plaintiff States. Defendants conferred with Plaintiffs, who oppose this motion.

Dated: October 25, 2019                                 Respectfully submitted,

GEOFFREY S. BERMAN                        JOSEPH H. HUNT
United States Attorney                            Assistant Attorney General

                                                                 ALEXANDER K. HAAS
                                                                 Director, Federal Programs Branch

                                                                 /s/ *Joshua M. Kolsky*              _
                                                                 ERIC J. SOSKIN
                                                                 Senior Trial Counsel
                                                                 KERI L. BERMAN
                                                                 KUNTAL V. CHOLERA
                                                                 JOSHUA M. KOLSKY, DC Bar No. 993430
                                                                 U.S. Dept. of Justice, Civil Division,

Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ *Joshua M. Kolsky*
                                              JOSHUA M. KOLSKY