UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE OF NEW YORK et al.,

                    Plaintiffs,

    -against-                           ORDER

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,               19 Civ. 7777 (GBD)

                  Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendants' request for an extension of time to respond to Plaintiffs' complaint, (ECF No. 114), is GRANTED. Defendants' response is due by December 9, 2019.

Dated: New York, New York
       October 28, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE