IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 19-cv-07777 (GBD) |

## NOTICE OF WAIVER OF REPLY AND HEARING

In connection with Defendants' Motion to Stay Injunction Pending Appeal (ECF No. 111), Defendants hereby provide notice that they waive their right under the Local Rules to file a reply in support of that motion. In light of the Court's ruling on Plaintiffs' motion for preliminary injunction and the associated hearing, Defendants also submit that a hearing is unnecessary to resolve Defendants' instant motion.

Given the harms and other issues identified in Defendants' motion, Defendants respectfully request that the Court rule on the motion by November 14, 2019, after which Defendants intend to seek relief in the U.S. Court of Appeals for the Second Circuit.

Dated: November 8, 2019                                          Respectfully submitted,

GEOFFREY S. BERMAN                           JOSEPH H. HUNT
United States Attorney                              Assistant Attorney General

                                                                               ALEXANDER K. HAAS
                                                                               Director, Federal Programs Branch

                                                                               */s/ Joshua M. Kolsky*
                                                                               ERIC J. SOSKIN
                                                                               Senior Trial Counsel
                                                                               KERI L. BERMAN
                                                                               KUNTAL V. CHOLERA

JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 8, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

              /s/ *Joshua M. Kolsky*
              JOSHUA M. KOLSKY