UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KENNETH CUCCINELLI, *et al.*,<br>*Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 19-cv-07777 (GBD) |

**NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD**

On December 5, 2019, Defendants submitted to the Court two hard drives containing copies of the Administrative Record in the above-reference cases pursuant to Southern District of New York ECF Rule 5.3. Hard drives containing the Administrative Record were previously served on Plaintiffs' counsel.

Dated: December 6, 2019              Respectfully submitted,

 

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

1

        */s/ Joshua M. Kolsky*
        JOSHUA M. KOLSKY
        JASON C. LYNCH
        ERIC SOSKIN
        KUNTAL CHOLERA
        KERI L. BERMAN
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        Washington, D.C. 20530
        Tel: (202) 305-7664 / Fax: (202) 616-8460
        Email: joshua.kolsky@usdoj.gov

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                         */s/*
                                         JOSHUA M. KOLSKY
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         Washington, D.C. 20530
                                         Tel: (202) 305-7664 / Fax: (202) 616-8460
                                         Email: joshua.m.kolsky@usdoj.gov