UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KENNETH CUCCINELLI, *et al.*, <br> *Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | No. 19-cv-07777 (GBD) |

**NOTICE OF U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT ORDER ON MOTION FOR A STAY OF PRELIMINARY INJUNCTIONS**

Attached hereto is an Order from the U.S. Court of Appeals for the Ninth Circuit staying the preliminary injunctions issued by the U.S. District Courts for the Northern District of California and Eastern District of Washington against the Department of Homeland Security final rule *Inadmissibility on Public Charge Grounds*. The Ninth Circuit's Order further supports Defendants' Motion for Stay Pending Appeal in this matter. An order from the Second Circuit adopting the Ninth Circuit's analysis would certainly impact any further substantive briefing in this case.

1

Dated: December 6, 2019                               Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*/s/ Joshua M. Kolsky*
JOSHUA M. KOLSKY
JASON C. LYNCH
ERIC SOSKIN
KUNTAL CHOLERA
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530
Tel: (202) 305-7664 / Fax: (202) 616-8460
Email: joshua.kolsky@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

            */s/*
            JOSHUA M. KOLSKY
            Trial Attorney
            U.S. Department of Justice
            Civil Division, Federal Programs Branch
            Washington, D.C. 20530
            Tel: (202) 305-7664 / Fax: (202) 616-8460
            Email: joshua.m.kolsky@usdoj.gov