S.D.N.Y. – N.Y.C.
19-cv-7993; 19-cv-7777
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand twenty.

Present:
    Amalya L. Kearse,
    Guido Calabresi,
    Susan L. Carney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 08 2020

_____

State of New York, City of New York, State of Connecticut, State of Vermont,

        *Plaintiffs - Appellees*,

    v.    No. 19-3591

United States Department of Homeland Security, Secretary Kevin K. McAleenan, in his official capacity as Acting Secretary of the United States Department of Homeland Security, United States Citizenship and Immigration Services, Director Kenneth T. Cuccinelli II, in his official capacity as Acting Director of United States Citizenship and Immigration Service, United States of America,

        *Defendants - Appellants*.

_____

Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services, (Archdiocese of New York), Catholic Legal Immigration Network, Inc.,

        *Plaintiffs - Appellees*,    No. 19-3595

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[signature]
CERTIFIED COPY ISSUED ON 1/8/2020

Kenneth T. Cuccinelli, in his official capacity as Acting
Director of United States Citizenship and Immigration
Services, United States Citizenship and Immigration Services,
Kevin K. McAleenan, in his official capacity as Acting
Secretary of Homeland Security, United States Department of
Homeland Security,

                              *Defendants - Appellants.*

In these related cases, Appellants move for stays pending their appeals of the district court's preliminary injunctions. Upon due consideration, it is hereby ORDERED that Appellants' motions are DENIED. *See U.S. Sec. & Exch. Comm'n v. Citigroup Global Mkts. Inc.*, 673 F.3d 158, 162–63 (2d Cir. 2012) (explaining standard for stay pending appeal). The Court has set an expedited briefing schedule on the merits of the government's appeals, with the last brief due on February 14. Oral argument will be scheduled promptly thereafter. As always, the merits panel as soon as constituted has full authority to consider the scope of the existing injunction.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit