

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

Keri Berman  Tel.: (202) 305-7538
Trial Attorney  E-mail: keri.l.berman@usdoj.gov

January 30, 2020

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

    Re:    Defendant's Response to the Complaint (*State of New York, et al. v. United States Department of Homeland Security, et al.,* No. 19-cv-7777)

Dear Judge Daniels,

    I represent Defendants in the above-referenced matter. Defendants' response to Plaintiffs' complaint is currently due tomorrow, January 31, 2020. Defendants have two motions pending before the Court that, if granted, would alter or stay this deadline, *see* Defendants' Motion to Stay Proceedings Pending Appeal, ECF No. 121 (Plaintiffs' Opposition, ECF No. 128; Defendants' Reply, ECF No. 130), and Defendants' Letter Motion for Extension of Time to Respond to Complaint, ECF No. 133 (Plaintiffs' Opposition, ECF No. 134). In light of these pending motions, Defendants respectfully intend to hold their responsive pleading at this time, pending receipt of further direction from the Court.

                      Respectfully submitted,

                      /s/
                      Keri L. Berman

CC: All Counsel of record via ECF.