UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
STATE OF NEW YORK et al.,

        Plaintiffs,

   -against-          ORDER

UNITED STATES DEPARTMENT OF   19 Civ. 7777 (GBD)
HOMELAND SECURITY et al.,

        Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Defendants' motion to stay proceedings in this case until the Second Circuit has rendered a decision on Defendants' appeals of this Court's preliminary injunction orders, (ECF No. 121), is DENIED.

Defendants' deadline to respond to Plaintiffs' complaint is extended from January 31, 2020 to February 14, 2020.

Should Defendants file a motion to dismiss Plaintiffs' complaint, any response to such motion is due by February 28, 2020, and any reply in further support of such motion is due by March 6, 2020.

A conference is scheduled for March 17, 2020 at 10:30 am.

The Clerk's Office is directed to close Defendants' letter motion dated January 28, 2020, (ECF No. 133), as moot.

Dated: New York, New York      SO ORDERED.
    January 31, 2020

                *George B. Daniels*
                GEORGE B. DANIELS
                UNITED STATES DISTRICT JUDGE