

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

OFFICE OF FEDERAL INITIATIVES

February 14, 2020

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *Make the Road New York, et al.* v. *Kenneth Cuccinelli, et al.*, No. 19-cv-7993 (GBD) ("*MRNY*"); *State of New York, et al.* v. *U.S. Dep't of Homeland Security, et al.*, 19-cv-7777 (GBD) ("*State of New York*")

Dear Judge Daniels:

Plaintiffs in the above-captioned matters respectfully submit this letter motion to request consolidation of the two actions for pre-trial purposes.

The two cases meet the standard for consolidation under Rule 42(a). Both cases involve many common questions of law and fact, including (i) both cases name the same defendants and challenge the same course of conduct, (ii) the cases have considerable factual overlap, particularly because they challenge the same government action, and (iii) both cases assert violations of the Fifth Amendment of the United States Constitution and the Administrative Procedure Act. This is a sufficient basis to order consolidation, and coordination at this stage is appropriate. *See, e.g., Blackmoss Investments, Inc. v. ACA Capital Holdings, Inc.*, 252 F.R.D. 188, 190 (S.D.N.Y. 2008) ("consolidation is appropriate where actions before the Court involve common questions of law or fact").

Coordination will conserve substantial time and resources for the Court and the parties. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990). If consolidation is permitted, plaintiffs would propose, in most instances, submitting joint memoranda of law. Plaintiffs would anticipate submitting a single memorandum in response to defendants' motion to dismiss; however, given that the two cases raise some materially different issues, particularly with respect to standing, plaintiffs anticipate seeking leave to extend the number of pages allocated to their joint briefing. Plaintiffs also anticipate filing joint memoranda in support of their anticipated discovery motions and motion for summary judgment. Plaintiffs would reserve the right to make individual submissions or advance separate arguments as appropriate. Plaintiffs would also

reserve the right to seek to amend the complaints and to add additional parties in each of their actions.

The parties have conferred and defendants do not oppose the motion. Consolidation at this stage will not cause any delay in trial proceedings. *Firemen's Ins. Co. v. Keating*, 753 F. Supp. 1137, 1141 (S.D.N.Y. 1990) (consolidating cases where there was "no showing that delay, confusion or prejudice would result from the requested consolidation").

In light of the foregoing, plaintiffs respectfully request that their unopposed motion for consolidation be granted.

Respectfully submitted,

**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/* Ming-Qi Chu
Elena Goldstein, *Deputy Bureau Chief, Civil Rights*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Ming-Qi Chu, *Section Chief, Labor Bureau*
Amanda Meyer, *Assistant Attorney General*
Abigail Rosner, *Assistant Attorney General*
Office of the New York State Attorney General
New York, New York 10005
Phone:  (212) 416-8689
ming-qi.chu@ag.ny.gov

*Attorneys for the State of New York*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/* Jonathan H. Hurwitz
Andrew J. Ehrlich
Jonathan H. Hurwitz
Elana R. Beale
Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com

ebeale@paulweiss.com
roloughlin@paulweiss.com
dsinnreich@paulweiss.com
abowles@paulweiss.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Ghita Schwarz
Brittany Thomas
Baher Azmy

666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
gschwarz@ccrjustice.org
bthomas@ccrjustice.org
bazmy@ccrjustice.org

**THE LEGAL AID SOCIETY**
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit

199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3320
sewelber@legal-aid.org
kkelleher@legal-aid.org
scameron@legal-aid.org
hhshafiqullah@legal-aid.org

*Attorneys for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*

cc:   All Counsel of record via ECF