**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 1 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK et al.,                    :
                                             :
                          Plaintiffs,        :
                                             :          ORDER
          -against-                          :
                                             :   19 Civ. 7777 (GBD)
UNITED STATES DEPARTMENT OF                   :
HOMELAND SECURITY et al.,                     :
                                             :
                          Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MAKE THE ROAD NEW YORK et al.,               :
                                             :
                          Plaintiffs,        :
                                             :          ORDER
          -against-                          :
                                             :   19 Civ. 7993 (GBD)
KEN CUCCINELLI et al.,                        :
                                             :
                          Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motions to dismiss in both cases will be held on March 17,

2020 at 10:30 am.

Dated: New York, New York
       March 11, 2020                    SO ORDERED.

                                         _George B. Daniels_

                                         GEORGE B. DANIELS
                                         United States District Judge