**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

MAKE THE ROAD NEW YORK et al.,
                        Plaintiffs,

    -against-

KEN CUCCINELLI et al.,
                        Defendants.

ORDER

19 Civ. 7993 (GBD)

------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

STATE OF NEW YORK, et al.,
                        Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITIES, et al.,
                        Defendants.

ORDER
19 Civ 7777 (GBD)

------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

STATE OF NEW YORK, et al.,
                        Plaintiffs,

    -against-

MICHAEL POMPEO, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE, et al.,
                        Defendants.

ORDER
19 Civ. 11633 (GBD)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The oral argument scheduled for March 17, 2020 is adjourned to May 5, 2020 at 10:00 a.m.

Dated: New York, New York
         March 16, 2020

                                          SO ORDERED,

                                          GEORGE B. DANIELS,
                                          United States District Judge