UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STATE OF NEW YORK, CITY OF NEW YORK, :
STATE OF CONNECTICUT, and STATE OF :
VERMONT, :
:
                              Plaintiffs, :        <u>ORDER</u>
:
          -against- :        19 Civ. 7777 (GBD)
:
UNITED STATES DEPARTMENT OF :
HOMELAND SECURITY; KEVIN K. :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of the United States Department of* :
*Homeland Security*; UNITED STATES :
CITIZENSHIP AND IMMIGRATION SERVICES; :
KENNETH T. CUCCINELLI II, *in his official* :
*capacity as Acting Director of United States* :
*Citizenship and Immigration Services*; and UNITED :
STATES OF AMERICA., :
:
                              Defendants. :

------------------------------------- x

MAKE THE ROAD NEW YORK, AFRICAN :
SERVICES COMMITTEE, ASIAN AMERICAN :
FEDERATION, CATHOLIC CHARITIES :
COMMUNITY SERVICES, and CATHOLIC :
LEGAL IMMIGRATION NETWORK, INC., :
:
                              Plaintiffs, :        <u>ORDER</u>
:
          -against- :        19 Civ. 7993 (GBD)
:
KEN CUCCINELLI, *in his official capacity as Acting* :
*Director of United States Citizenship and Immigration* :
*Services*; UNITED STATES CITIZENSHIP & :
IMMIGRATION SERVICES; KEVIN K. :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of Homeland Security*; and UNITED :
STATES DEPARTMENT OF HOMELAND :
SECURITY, :
:
                              Defendants. :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Plaintiffs' motion for Preliminary Injunction and Stay or Temporary Restraining Order (19-cv-7777, ECF No. 168), and Defendants' motions to dismiss (19-cv-7777, ECF No. 140; 19-cv-7993, ECF No. 176), will be held on May 18, 2020 from 10:00 am to 1:00 p.m. by videoconference.

Defendants' response to Plaintiffs' motion is due by May 12, 2020. Plaintiffs shall file any reply by May 15, 2020.

Dated: New York, New York
April 30, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge