UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE OF NEW YORK, CITY OF NEW YORK, :
STATE OF CONNECTICUT, and STATE OF   :
VERMONT,                             :
                                     :
                         Plaintiffs, :        ORDER
                                     :
            -against-                :     19 Civ. 7777 (GBD)
                                     :
UNITED STATES DEPARTMENT OF          :
HOMELAND SECURITY; KEVIN K.          :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of the United States Department of*  :
*Homeland Security*; UNITED STATES   :
CITIZENSHIP AND IMMIGRATION SERVICES; :
KENNETH T. CUCCINELLI II, *in his official* :
*capacity as Acting Director of United States* :
*Citizenship and Immigration Services*; and UNITED :
STATES OF AMERICA.,                  :
                                     :
                         Defendants. :
------------------------------------x
MAKE THE ROAD NEW YORK, AFRICAN      :
SERVICES COMMITTEE, ASIAN AMERICAN   :
FEDERATION, CATHOLIC CHARITIES       :
COMMUNITY SERVICES, and CATHOLIC     :
LEGAL IMMIGRATION NETWORK, INC.,     :
                                     :
                         Plaintiffs, :        ORDER
                                     :
            -against-                :     19 Civ. 7993 (GBD)
                                     :
KEN CUCCINELLI, *in his official capacity as Acting* :
*Director of United States Citizenship and Immigration* :
*Services*; UNITED STATES CITIZENSHIP & :
IMMIGRATION SERVICES; KEVIN K.       :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of Homeland Security*; and UNITED :
STATES DEPARTMENT OF HOMELAND        :
SECURITY,                            :
                                     :
                         Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' letter motion for a pre-motion discovery conference (19-cv-7777, ECF No. 125; 19-cv-7993, ECF No. 162) is DENIED, without prejudice to renew, if applicable, after this Court renders a decision on Defendants' pending motions to dismiss (19-cv-7777, ECF No. 140; 19-cv-7993, ECF No. 176).

Plaintiffs' request that the Court restructure the order of presentation of oral argument scheduled for May 18, 2020 (19-cv-7777, ECF No. 179; 19-cv-7993, ECF No. 208) is DENIED.

Members of the public who wish to listen to the oral argument scheduled for May 18, 2020 at 10:00 am may call (888) 363-4749 and use Access Code 4523890.

Dated: New York, New York
      May 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge