# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KENNETH CUCCINELLI, *et al.*,<br><br>*Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 19-cv-07777 (GBD) |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Second Circuit, the Court's July 29, 2020 Order granting Plaintiffs' Motion for Preliminary Injunction and Stay or Temporary Restraining Order Pending National Emergency. *See New York v. DHS*, No. 19-7777, ECF No. 195; *Make the Road New York v. Cuccinelli*, No. 19-7993, ECF No. 221.

Dated: August 3, 2020                                                          Respectfully submitted,

AUDREY STRAUSS                                                          ETHAN P. DAVIS
Acting United States Attorney                                    Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky* _
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2020, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                         /s/ *Joshua M. Kolsky*
                                         JOSHUA M. KOLSKY