# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KENNETH CUCCINELLI, *et al.*,<br><br>*Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 19-cv-07777 (GBD) |

## **NOTICE OF WAIVER OF REPLY AND HEARING**

In connection with Defendants' Motion to Stay Injunction Pending Appeal (*New York*, Civil Action No. 19-7777, ECF No. 197; *Make the Road New York*, Civil Action No. 19-7993, ECF No. 223), Defendants hereby provide notice that they waive their right under the Local Rules to file a reply in support of that motion. In light of the Court's ruling on Plaintiffs' motion for preliminary injunction and the associated hearing, Defendants also submit that a hearing is unnecessary to resolve Defendants' instant motion.

Dated: August 6, 2020                              Respectfully submitted,

AUDREY STRAUSS                                     ETHAN P. DAVIS
Acting United States Attorney                      Acting Assistant Attorney General

                                              ALEXANDER K. HAAS
                                              Director, Federal Programs Branch

                                              /s/ *Joshua M. Kolsky*
                                              ERIC J. SOSKIN
                                              Senior Trial Counsel
                                              KERI L. BERMAN
                                              KUNTAL V. CHOLERA
                                              JOSHUA M. KOLSKY, DC Bar No. 993430
                                              U.S. Dept. of Justice, Civil Division,
                                              Federal Programs Branch
                                              1100 L Street, N.W., Rm. 12002
                                              Washington, DC 20001
                                              Phone: (202) 305-7664
                                              Fax: (202) 616-8470
                                              Email: joshua.kolsky@usdoj.gov

                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Joshua M. Kolsky*
JOSHUA M. KOLSKY