```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 1 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STATE OF NEW YORK, CITY OF NEW YORK, :
STATE OF CONNECTICUT, and STATE OF :
VERMONT, :
 :
                               Plaintiffs, :      ORDER
 :
           -against- :      19 Civ. 7777 (GBD)
 :
UNITED STATES DEPARTMENT OF :
HOMELAND SECURITY; KEVIN K. :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of the United States Department of* :
*Homeland Security*; UNITED STATES :
CITIZENSHIP AND IMMIGRATION SERVICES; :
KENNETH T. CUCCINELLI II, *in his official* :
*capacity as Acting Director of United States* :
*Citizenship and Immigration Services*; and UNITED :
STATES OF AMERICA., :
 :
                              Defendants. :
------------------------------------- x
MAKE THE ROAD NEW YORK, AFRICAN :
SERVICES COMMITTEE, ASIAN AMERICAN :
FEDERATION, CATHOLIC CHARITIES :
COMMUNITY SERVICES, and CATHOLIC :
LEGAL IMMIGRATION NETWORK, INC., :
 :
                             Plaintiffs, :      ORDER
 :
           -against- :      19 Civ. 7993 (GBD)
 :
KEN CUCCINELLI, *in his official capacity as Acting* :
*Director of United States Citizenship and Immigration* :
*Services*; UNITED STATES CITIZENSHIP & :
IMMIGRATION SERVICES; KEVIN K. :
MCALEENAN, *in his official capacity as Acting* :
*Secretary of Homeland Security*; and UNITED :
STATES DEPARTMENT OF HOMELAND :
SECURITY, :
 :
                              Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendants' request to extend the deadline for Defendants to file an answer to Plaintiffs' complaints, (19-cv-7777, ECF No. 202; 19-cv-7993, ECF No. 228), is GRANTED. Defendants shall file a consolidated answer to Plaintiffs' complaints by September 28, 2020.

Dated: New York, New York
      August 11, 2020

SO ORDERED.

*George B. Daniel* [signature]

GEORGE B. DANIELS
United States District Judge