USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 08/12/2020 __

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty.

---

State of New York, City of New York, State of Connecticut, State of Vermont,

*Plaintiffs-Appellees*,

v.

United States Department of Homeland Security, Secretary Chad F. Wolf, in his official capacity as Acting Secretary of the United States Department of Homeland Security, United States Citizenship and Immigration Services, Director Kenneth T. Cuccinelli II, in his official capacity as Acting Director of United States Citizenship and Immigration Services, United States of America,

*Defendants-Appellants*.

**ORDER**

No. 20-2537

---

Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services, (Archdiocese of New York), Catholic Legal Immigration Network, Inc.,

*Plaintiffs-Appellees*,

v.

Kenneth T. Cuccinelli, in his official capacity as Acting Director of United States Citizenship and Immigration Services, United States Citizenship and Immigration Services, Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, United States Department of Homeland Security,

*Defendants-Appellants.*

---

PETER W. HALL, *Circuit Judge*:

Upon due consideration of the Defendants-Appellants' motion seeking a stay, pending resolution by the panel assigned to decide the motion, it is hereby ORDERED that the injunction entered by the District Court on July 29, 2020 is stayed with respect to all states other than those

within the Second Circuit: Connecticut, New York, and Vermont. *See New York v. United States Dep't of Homeland Sec.*, No. 19-3591, 2020 WL 4457951, at \*32 (2d Cir. Aug. 4, 2020).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/12/2020