UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, et al.,

               Plaintiffs,       19-CV-7777 (GBD) (OTW)

          -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

              Defendants.
------------------------------------------------------------x

MAKE THE ROAD NEW YORK, et al.,

               Plaintiffs,       19-CV-7993 (GBD) (OTW)

         -against-       **SCHEDULING ORDER**

KEN CUCCINELLI, et al.,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court will hold a **Status Conference on Tuesday, September 22, 2020 at 3:00 p.m.**

The dial in information is (866) 390-1828, access code 1582687.  The Court will email a security

code to the parties.

    **SO ORDERED.**


                                                                        *s/ Ona T. Wang*

Dated: New York, New York                           **Ona T. Wang**
       September 10, 2020                           United States Magistrate Judge