# Exhibit C

**Inadequate DPP entries in partial privilege logs produced through September 4, 2020 (Production Begin Bates)**

1. AR_00380288
2. AR_00380289
3. AR_00380290
4. AR_00380291
5. AR_00380292
6. AR_00380294
7. AR_00380295
8. AR_00380296
9. AR_00380297
10. AR_00380298
11. AR_00380299
12. AR_00380300
13. AR_00380301
14. AR_00380302
15. AR_00380303
16. AR_00380304
17. AR_00380305
18. AR_00380306
19. AR_00380307
20. AR_00380308
21. AR_00380309
22. AR_00380310
23. AR_00380311
24. AR_00380312
25. AR_00380313
26. AR_00380314
27. AR_00380315
28. AR_00380316
29. AR_00380317
30. AR_00380318
31. AR_00380319
32. AR_00380320
33. AR_00380321
34. AR_00380322
35. AR_00380323
36. AR_00380324
37. AR_00380325
38. AR_00380326
39. AR_00380327
40. AR_00380328
41. AR_00380329
42. AR_00380330
43. AR_00380331
44. AR_00380332

45. AR_00380333
46. AR_00380334
47. AR_00380335
48. AR_00380336
49. AR_00380337
50. AR_00380338
51. AR_00380339
52. AR_00380340
53. AR_00380341
54. AR_00380342
55. AR_00380343
56. AR_00380344
57. AR_00380345
58. AR_00380346
59. AR_00380347
60. AR_00380348
61. AR_00380349
62. AR_00380350
63. AR_00380351
64. AR_00380352
65. AR_00380353
66. AR_00380354
67. AR_00380355
68. AR_00380356
69. AR_00380357
70. AR_00380358
71. AR_00380359
72. AR_00380362
73. AR_00380363
74. AR_00380364
75. AR_00380365
76. AR_00380366
77. AR_00380367
78. AR_00380368
79. AR_00380369
80. AR_00380370
81. AR_00380371
82. AR_00380372
83. AR_00380373
84. AR_00380374
85. AR_00380375
86. AR_00380376
87. AR_00380377
88. AR_00380378
89. AR_00380379
90. AR_00380380

91. AR_00380381
92. AR_00380382
93. AR_00380383
94. AR_00380384
95. AR_00380385
96. AR_00380386
97. AR_00380387
98. AR_00380388
99. AR_00380389
100. AR_00380390
101. AR_00380391
102. AR_00380392
103. AR_00380393
104. AR_00380394
105. AR_00380395
106. AR_00380396
107. AR_00380397
108. AR_00380398
109. AR_00380399
110. AR_00380400
111. AR_00380401
112. AR_00380402
113. AR_00380403
114. AR_00380404
115. AR_00380405
116. AR_00380406
117. AR_00380407
118. AR_00380408
119. AR_00380409
120. AR_00380410
121. AR_00380411
122. AR_00380412
123. AR_00380413
124. AR_00380414
125. AR_00380415
126. AR_00380416
127. AR_00380417
128. AR_00380418
129. AR_00380419
130. AR_00380420
131. AR_00380421
132. AR_00380422
133. AR_00380423
134. AR_00380424
135. AR_00380425
136. AR_00380426

137. AR_00380427
138. AR_00380428
139. AR_00380429
140. AR_00380430
141. AR_00380431
142. AR_00380432
143. AR_00380433
144. AR_00380434
145. AR_00380435
146. AR_00380436
147. AR_00380437
148. AR_00380438
149. AR_00380439
150. AR_00380440
151. AR_00380441
152. AR_00380442
153. AR_00380443
154. AR_00380444
155. AR_00380445
156. AR_00380446
157. AR_00380447
158. AR_00380448
159. AR_00380449
160. AR_00380450
161. AR_00380451
162. AR_00380452
163. AR_00380453
164. AR_00380454
165. AR_00380455
166. AR_00380456
167. AR_00380457
168. AR_00380458
169. AR_00380459
170. AR_00380460
171. AR_00380461
172. AR_00380462
173. AR_00380463
174. AR_00380464
175. AR_00380465
176. AR_00380466
177. AR_00380467
178. AR_00380468
179. AR_00380469

**Inadequate ACP entries in partial privilege logs produced through September 4, 2020 (Production Begin Bates)**

1. AR_00380290
2. AR_00380291
3. AR_00380298
4. AR_00380299
5. AR_00380312
6. AR_00380313
7. AR_00380350
8. AR_00380351
9. AR_00380361
10. AR_00380362
11. AR_00380376
12. AR_00380377
13. AR_00380382
14. AR_00380383
15. AR_00380384
16. AR_00380390
17. AR_00380391
18. AR_00380392
19. AR_00380393
20. AR_00380394
21. AR_00380395
22. AR_00380396
23. AR_00380403
24. AR_00380404
25. AR_00380405
26. AR_00380406
27. AR_00380409
28. AR_00380410
29. AR_00380411
30. AR_00380412
31. AR_00380413
32. AR_00380414
33. AR_00380415
34. AR_00380416
35. AR_00380417
36. AR_00380435
37. AR_00380436
38. AR_00380437
39. AR_00380438
40. AR_00380444
41. AR_00380445
42. AR_00380446
43. AR_00380450
44. AR_00380451

45. AR_00380454
46. AR_00380457

6