```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
STATE OF NEW YORK, et al.,                                   :
                                                             :
                              Plaintiffs,                    :     19-CV-7777 (GBD) (OTW)
                                                             :
              -against-                                      :
                                                             :
UNITED STATES DEPARTMENT OF HOMELAND                         :
SECURITY, et al.,                                            :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x

-------------------------------------------------------------X
                                                             :
MAKE THE ROAD NEW YORK, et al.,                              :
                                                             :
                              Plaintiffs,                    :     19-CV-7993 (GBD) (OTW)
                                                             :
              -against-                                      :     **SCHEDULING ORDER**
                                                             :
KEN CUCCINELLI, et al.,                                      :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The **September 22, 2020** conference is **adjourned**.

The Court will hold a **Status Conference on Wednesday, September 30, 2020 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: New York, New York  
       September 10, 2020

                                                        *s/ Ona T. Wang*  
                                                        **Ona T. Wang**  
                                                        United States Magistrate Judge