<div style="border: 1px solid red; color: red;">**MEMO ENDORSED**</div>

October 16, 2020

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20D
New York, NY 10007

      RE:   *Make the Road New York, et al.* v. *Ken Cuccinelli, et al.*, 19-cv-7993; *State of New York, et al.* v. *U.S. Dep't of Homeland Security, et al.*, 19-cv-7777

Dear Judge Wang:

      The parties in these consolidated cases submit this joint letter motion respectfully requesting that the Court set the following agreed deadlines. Plaintiffs filed amended complaints adding new claims relating to the Federal Vacancies Reform Act on October 2, 2020. Defendants' response to the amended complaints is currently due on October 16, 2020. Defendants have stated that they intend to move to dismiss the new claims, and Plaintiffs have stated that they intend to move for summary judgment on those claims. The parties have conferred on a schedule for Defendants' response and for briefs on the anticipated motions, and jointly propose the following schedule:

      The parties jointly propose the following schedule:

1) October 27, 2020 – Plaintiffs' Motion for Partial Summary Judgment.

2) November 17, 2020 – Defendants' Response in Opposition and Cross-Motion to Dismiss.

3) December 10, 2020 – Plaintiffs' Reply and Opposition to Defendants' Cross-Motion.

4) December 18, 2020 – Defendants' Reply.

The parties respectfully request that the Court set the briefing schedule requested herein.

**SO ORDERED:**

Application GRANTED.

_____
**Ona T. Wang**    10/23/20
United States Magistrate Judge

Respectfully,

By: */s/* Jonathan Hurwitz_____

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew J. Ehrlich
Jonathan H. Hurwitz
Elana R. Beale

1

Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles
Leah J. Park

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com
ebeale@paulweiss.com
roloughlin@paulweiss.com
dsinnreich@paulweiss.com
abowles@paulweiss.com
lpark@paulweiss.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Ghita Schwarz
Baher Azmy

666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
gschwarz@ccrjustice.org
bthomas@ccrjustice.org
bazmy@ccrjustice.org

**THE LEGAL AID SOCIETY**
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit

199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3320
sewelber@legal-aid.org
kkelleher@legal-aid.org
scameron@legal-aid.org
hhshafiqullah@legal-aid.org

*Attorneys for Plaintiffs Make the Road New York, African*

        *Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*

        **LETITIA JAMES**
        *Attorney General of the State of New York*

        By: */s/* Ming-Qi Chu
        Ming-Qi Chu
           *Section Chief, Labor Bureau*
        Matthew Colangelo
           *Chief Counsel for Federal Initiatives*
        Elena Goldstein
           *Deputy Bureau Chief, Civil Rights*
        Amanda Meyer, *Assistant Attorney General*
        Abigail Rosner, *Assistant Attorney General*
        Office of the New York State Attorney General
        New York, New York 10005
        Phone: (212) 416-8689
        Ming-qi.chu@ag.ny.gov

        *Attorneys for the States of New York, Connecticut, and Vermont and the City of New York*

| | |
|---|---|
| AUDREY STRAUSS | JEFFREY BOSSERT CLARK |
| Acting United States Attorney | Acting Assistant Attorney General |
| | |
| | ALEXANDER K. HAAS |
| | Director, Federal Programs Branch |
| | |
| | /s/ *Joshua M. Kolsky* |
| | ERIC J. SOSKIN |
| | Senior Trial Counsel |
| | KERI L. BERMAN |
| | KUNTAL V. CHOLERA |
| | JOSHUA M. KOLSKY, DC Bar No. 993430 |
| | U.S. Dept. of Justice, Civil Division, |
| | Federal Programs Branch |
| | 1100 L Street, N.W., Rm. 12002 |
| | Washington, DC 20001 |
| | Phone: (202) 305-7664 |
| | Fax: (202) 616-8470 |
| | Email: joshua.kolsky@usdoj.gov |
| | *Counsel for Defendants* |