**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

STATE OF NEW YORK, et al.,

                Plaintiffs,

      -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Defendants.

19-CV-7777 (GBD) (OTW)

**ORDER**

------------------------------------------------------------

MAKE THE ROAD NEW YORK, et al.,

                Plaintiffs,

      -against-

KEN CUCCINELLI, et al.,

                Defendants.

19-CV-7993 (GBD) (OTW)

**ORDER**

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

After review of the pleadings and consultation with the parties, the following

scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional

parties until **November 30, 2020.**

**Discovery.** All fact discovery shall be completed by **April 16, 2021**. All

expert discovery shall be completed by **July 16, 2021**.

**Initial Disclosures.** Initial disclosures must be exchanged by **November 6,**

**2020**. If Defendants intend to oppose the production of initial disclosures, they

may file a brief on the issue by close of business on **October 26, 2020**. Plaintiffs'

reply, if any, is due by **November 2, 2020**.

      **Discovery Disputes.** The parties are required to follow the Court's Individual

Practices when seeking Court intervention on discovery disputes. *See*

http://www.nysd.uscourts.gov/judge/Wang.

      **Status Letter.** A joint letter informing the Court of the status of discovery shall be

filed by **December 2, 2020 and every 60 days thereafter**. The letter should address any

outstanding discovery disputes and the efforts made by the parties to resolve these

issues without Court intervention. It should also indicate whether the parties wish to

schedule a settlement conference and, if so, include proposed dates on at least two

consecutive weeks. The parties are, however, encouraged to contact the Court earlier if

they believe a settlement conference sooner would be productive.

      **Trial.** The parties request a bench trial.


      **SO ORDERED.**


                                  *s/ Ona T. Wang*

Dated: October 23, 2020                              **Ona T. Wang**
   New York, New York               United States Magistrate Judge