UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,<br>　　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Senior Official Performing the Duties of Director of the United States Citizenship and Immigration Services and of the Deputy Secretary of United States Department of Homeland Security*; and UNITED STATES OF AMERICA,<br>　　　　　Defendants. | **CIVIL ACTION NO.**<br>**19 Civ. 07777 (GBD)** |
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES, and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,<br>　　　　　Plaintiffs,<br>　　v.<br>KEN CUCCINELLI, *in his purported official capacity as Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; CHAD F. WOLF, *in his purported official capacity as Acting Secretary of Homeland Security*; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>　　　　　Defendants. | **CIVIL ACTION NO.**<br>**19 Civ. 07993 (GBD)** |

　　　　PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the

declaration of Ming-Qi Chu dated October 27, 2020 and accompanying exhibits, and Plaintiffs'

Local Rule 56.1 Statement of Material Facts, Statement of Material Undisputed Facts Pursuant to

1

Local Civil Rule 56.1, Plaintiffs the State of New York, City of New York, State of Connecticut, State of Vermont, Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services, and Catholic Legal Immigration Network, Inc. will move this Court for an order granting partial summary judgment with respect to their claims for relief under the Federal Vacancies Reform Act, 5 U.S.C. §§ 3345–3348 and the Administrative Procedure Act, 5 U.S.C. § 706.

| | |
|---|---|
| DATED:  October 27, 2020 | Respectfully submitted,<br><br>**LETITIA JAMES**<br>*Attorney General of the State of New York*<br><br>By: */s/ Ming-Qi Chu*<br>Ming-Qi Chu, *Section Chief, Labor Bureau*<br>Matthew Colangelo<br>   *Chief Counsel for Federal Initiatives*<br>Elena Goldstein,<br>   *Deputy Bureau Chief, Civil Rights Bureau*<br>Abigail Rosner, *Assistant Attorney General*<br>Amanda Meyer, *Assistant Attorney General*<br>Office of the New York State Attorney General<br>New York, New York 10005<br>Phone: (212) 416-8689<br>ming-qi.chu@ag.ny.gov<br><br>*Attorneys for the State of New York* |

| | |
|---|---|
| **JAMES JOHNSON** <br> *Corporation Counsel of the City of New York* | **WILLIAM TONG** <br> *Attorney General of Connecticut* |
| By: /s/ *Tonya Jenerette* <br> Tonya Jenerette <br>   Deputy Chief for Strategic Litigation <br> Cynthia Weaver, Senior Counsel <br> Doris Bernhardt, *Senior Counsel* <br> Melanie Ash, *Senior Counsel* <br> 100 Church Street, 20th Floor <br> New York, NY 10007 <br> Phone: (212) 356-4055 <br> tjeneret@law.nyc.gov | By: /s/ *Joshua Perry* <br> Joshua Perry <br>   *Special Counsel for Civil Rights* <br> 165 Capitol Avenue <br> Hartford, CT 06106-0120 <br> (860) 808-5318 <br> Joshua.perry@ct.gov <br> <br> *Attorneys for the State of Connecticut* |
| *Attorneys for the City of New York* | |

**THOMAS J. DONOVAN, JR.**
*Attorney General of Vermont*

By: /s/ *Benjamin Battles*
Benjamin Battles, *Solicitor General*
Eleanor Spottswood, *Assistant Attorney General*
Julio Thompson, *Assistant Attorney General*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-5500
benjamin.battles@vermont.gov

*Attorneys for the State of Vermont*

 

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew J. Ehrlich
Jonathan H. Hurwitz
Elana R. Beale
Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles
Leah Park

1285 Avenue of the Americas
New York, New York 10019-6064

(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com
ebeale@paulweiss.com
roloughlin@paulweiss.com
dsinnreich@paulweiss.com
abowles@paulweiss.com
lpark@paulweiss.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Ghita Schwarz
Baher Azmy

666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
gschwarz@ccrjustice.org
bazmy@ccrjustice.org

**THE LEGAL AID SOCIETY**
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit

199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3320
sewelber@legal-aid.org
kkelleher@legal-aid.org
scameron@legal-aid.org
hhshafiqullah@legal-aid.org

*Attorneys for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*