UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,<br>        Plaintiffs,<br>    v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Senior Official Performing the Duties of Director of the United States Citizenship and Immigration Services and of the Deputy Secretary of United States Department of Homeland Security*; and UNITED STATES OF AMERICA,<br>        Defendants. | **CIVIL ACTION NO. 19 Civ. 07777 (GBD)** |
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES, and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,<br>        Plaintiffs,<br>    v.<br>KEN CUCCINELLI, *in his purported official capacity as Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; CHAD F. WOLF, *in his purported official capacity as Acting Secretary of Homeland Security*; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>        Defendants. | **CIVIL ACTION NO. 19 Civ. 07993 (GBD)** |

**DECLARATION OF MING-QI CHU**

Ming-Qi Chu, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

1

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' motion for partial summary judgment.

Attached to this Declaration are true and correct copies of the following numbered Exhibits:

1. Dep't of Homeland Security, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106, Revision No. 08.5 (Apr. 10, 2019).

2. Dep't of Homeland Security, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106, Revision No. 08.4 (Feb. 15, 2019).

3. U.S. Gov't Accountability Off., B-331650, *Department of Homeland Security—Legality of Service of Acting Secretary of Homeland Security and Service of Senior Official Performing the Duties of Deputy Secretary of Homeland Security* (Aug. 14, 2020).

4. *Amending the Order of Succession in the Department of Homeland Security*, Exec. Order 13753, 81 Fed. Reg. 90,667 (Dec. 9, 2016)).

5. Secretary Kirstjen Nielsen, Resignation Letter to the President (Apr. 7, 2019).

6. Ted Hesson, *Nielsen: Acting DHS Deputy Grady offers resignation*, POLITICO (Apr. 9, 2019, 8:15 PM), https://www.politico.com/story/2019/04/09/claire-grady-offers-resignation-1264195.

7. Mem. of Law in Support of Defs.' Opp. to Pls.' Mot. for a Prelim. Injunction, *Casa de Maryland, Inc. et al. v. Wolf, et al.*, No. 8:20-cv-2118, ECF No. 41 (D. Md. Aug. 3, 2020)).

8. Kevin K. McAleenan, Amendment to the Order of Succession for the Secretary of Homeland Security (Nov. 8, 2019).

9. Dep't of Homeland Security, *DHS Orders of Succession and Delegations of Authorities for Named Positions*, Delegation No. 00106, Revision No. 08.6 (Nov. 14, 2019).

10. Letter from Bennie G. Thompson, Chairman, House Committee on Homeland Security, and Carolyn B. Maloney, Acting Chairwoman, House Committee on Oversight and Reform, to Gene Dodaro, Comptroller General of the United States (Nov. 15, 2019).

11. *Ratification of Actions Taken by the Acting Secretary of Homeland Security*, 85 Fed. Reg. 59,651 (Sept. 23, 2020).

12. Order Designating the Order of Succession for the Secretary of Homeland Security, signed by Peter T. Gaynor, Administrator of the Federal Emergency Management Agency serving as Acting Secretary of Homeland Security (Sept. 10, 2020).

13. *Ratification of Department Actions*, 85 Fed. Reg. 65,653 (Oct. 16, 2020).

14. Defs.' Opp'n to Mot. to Reconsider, *La Clinica De La Raza et al v. Trump et al*, No. 4:19-cv-04980 (Sept. 24, 2020), ECF. No. 184.

15. Dep't of Homeland Security, *Delegation to Deputy Secretary*, Delegation No. 0100.2 (June 23, 2003).

16. Memorandum for the Secretary from John M. Mitnick, General Counsel, U.S. Dep't of Homeland Security (Apr. 9, 2019).

17. Defs.' Mem. in Supp. of Mot. for Summary Judgment, *State of New York et al v. Donald Trump et al.*, No. 1:17-cv-05228 (E.D.N.Y. Sept. 11, 2020), ECF No. 287.

18. Order Granting Leave to File Mot. to Reconsider, *La Clinica De La Raza et al v. Trump et al*, No. 4:19-cv-04980 (Sept. 9, 2020), ECF No. 182.

19. Diagram Showing Relationship Among Statutory and Regulatory Authorities Upon Vacancy of the Office of the Secretary.

20. Changes in Delegation 00106 from February to November 2019 Chart.

DATED:   October 27, 2020

*/s/ Ming-Qi Chu*
Ming-Qi Chu
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8689
ming-qi.chu@ag.ny.gov

Attorney for the Plaintiffs