# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>          *Plaintiffs*,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>          *Defendants*. | Civil Action No. 19-7777 (GBD) |
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>          *Plaintiffs*,<br><br>      v.<br><br>KEN CUCCINELLI, *in his purported official capacity as Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services*, *et al.*,<br><br>          *Defendants*. | Civil Action No. 19-7993 (GBD) |

## ORDER

Upon consideration of the motion of Constitutional Accountability Center for leave to file its proposed *amicus curiae* brief in support of Plaintiffs' motion for partial summary judgment, it is hereby

ORDERED that the motion is GRANTED.

Date: __11/4/20_____

_____

**Ona T. Wang**
United States Magistrate Judge