UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH CUCCINELLI, *et al.*, <br><br> *Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | No. 19-cv-07777 (GBD) |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the declarations of Juliana J. Blackwell and Neal J. Swartz, and accompanying exhibits, Defendants will move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order granting a partial motion to dismiss Plaintiffs' claims for relief under the Federal Vacancies Reform Act, 5 U.S.C. §§ 3345–3348, the Administrative Procedure Act, 5 U.S.C. § 706, and the Declaratory Judgment Act, 28 U.S.C. § 2201.

| | |
|---|---|
| Dated: November 17, 2020 | Respectfully submitted, |
| AUDREY STRAUSS<br>Acting United States Attorney | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM BOWEN
Assistant Director, Federal Programs Branch

/s/ *Keri L. Berman*
ERIC J. SOSKIN
Senior Trial Counsel
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY
JASON LYNCH
ALEXANDRA SASLAW
KERI L. BERMAN
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: Keri.l.Berman@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED: November 17, 2020

    /s/ *Keri L. Berman*
KERI L. BERMAN
Trial Attorney
United States Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: keri.l.berman@usdoj.gov