UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2021

------------------------------------X

STATE OF NEW YORK et al.,

                   Plaintiffs,

                                  ORDER

   -against-

                              19 Civ. 7777 (GBD)

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                 Defendants.

------------------------------------X

MAKE THE ROAD NEW YORK et al.,

                   Plaintiffs,

   -against-                              ORDER

TRACY RENAUD[1] et al.,              19 Civ. 7993 (GBD)

                 Defendants.

------------------------------------X

GEORGE B. DANIELS, United States District Judge:

    In light of the President's February 2, 2021 Executive Order calling for the Secretary of Homeland Security to review agency actions related to the implementation of the public charge ground of inadmissibility, Defendants' request that this Court enter a stay of proceedings in this action will be granted for up to 90 days, upon agreement that no agency action will be taken during

---

[1] Tracy Renaud is the Senior Official Performing the Duties of the Director of USCIS. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Renaud is hereby substituted for former Acting Director Ken Cuccinelli as a defendant in this action.

that period of time to enforce or apply the public charge rule at issue in this litigation.

Dated: New York, New York
      February 22, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge