UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK et al.,

                                Plaintiffs,

      -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MAKE THE ROAD NEW YORK et al.,

                                Plaintiffs,

      -against-

TRACY RENAUD et al.,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

19 Civ. 7777 (GBD)

ORDER

19 Civ. 7993 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #**
**DATE FILED: FEB 25 2021**

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for April 7, 2021 at 9:45 a.m.

Dated: New York, New York
       February 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge