**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Senior Official Performing the Duties of Director of the United States Citizenship and Immigration Services and of the Deputy Secretary of United States Department of Homeland Security*; and UNITED STATES OF AMERICA,<br>　　　　Defendants. | **CIVIL ACTION NO.<br>19 Civ. 07777 (GBD)** |
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES, and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,<br>　　　　Plaintiffs,<br>　　v.<br>KEN CUCCINELLI, *in his purported official capacity as Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; CHAD F. WOLF, *in his purported official capacity as Acting Secretary of Homeland Security*; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>　　　　Defendants. | **CIVIL ACTION NO.<br>19 Civ. 07993 (GBD)** |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Elana R. Beale and subject to the approval of the Court, Elana R. Beale hereby withdraws as counsel for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services, and Catholic Legal Immigration Network, Inc. ("Organizational Plaintiffs") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Organizational Plaintiffs in this proceeding.

Dated: New York, New York
February 25, 2021

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    */s/ Elana R. Beale*
       Elana R. Beale

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
ebeale@paulweiss.com

SO ORDERED:

~~Hon. George B. Daniels U.S.D.J.~~
Ona T. Wang 2/26/21
U.S.M.J.