UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STATE OF NEW YORK, et al.,

                Plaintiffs,                    19-CV-7777 (GBD) (OTW)

         -against-                    **SCHEDULING ORDER**

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Defendants.

------------------------------------------------------------x

MAKE THE ROAD NEW YORK, et al.,

                Plaintiffs,                    19-CV-7993 (GBD) (OTW)

         -against-                    **SCHEDULING ORDER**

TRACY RENAUD, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Status Conference on March 11, 2021 at 10:00 am.** The dial in information is (866) 390-1828, access code 1582687.

      **SO ORDERED.**

                                                             *s/ Ona T. Wang*

Dated: New York, New York              **Ona T. Wang**
         March 4, 2021                      United States Magistrate Judge