UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE OF NEW YORK et al.,

                        Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY et al.,

                        Defendants.
------------------------------------x
MAKE THE ROAD NEW YORK et al.,

                        Plaintiffs,

    -against-

TRACY RENAUD et al.,

                        Defendants.
------------------------------------x

ORDER

19 Civ. 7777 (GBD)

ORDER

19 Civ. 7993 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 11 2021

GEORGE B. DANIELS, United States District Judge:

Defendants' request that this Court stay the proceedings in this action is granted.

The April 7, 2021 conference is canceled.

Dated: New York, New York
       March 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge