UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK et al.,<br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br>        Defendants. | **CIVIL ACTION NO.<br>19 Civ. 7777 (GBD)<br>(OTW)** |
| MAKE THE ROAD NEW YORK et al.,<br><br>        Plaintiffs,<br>   v.<br><br>TRACY RENAUD et al.,<br><br>        Defendants. | **CIVIL ACTION NO.<br>19 Civ. 7993 (GBD)<br>(OTW)** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated March 10, 2021, *Make the Road New York, et al.* v. *Renaud, et al.*, No. 19 Civ. 7993 (GBD) (OTW) ("*MRNY*") ECF No. 307; *State of New York, et al.* v. *U.S. Dep't of Homeland Security, et al.*, 19-cv-7777 (GBD) (OTW) ("*State of New York*") ECF No. 285, the parties, by and through their respective counsel, hereby submit this joint status letter.

On March 11, the Court adjourned the status conference scheduled for that morning in light of the recent developments in these consolidated actions and the parties'

ongoing discussions regarding the status of these cases and next steps. The Court further ordered that the parties file a joint status report by March 25. *MRNY* ECF No. 307; *State of New York* ECF No. 285. Later that same day, the Court entered an Order staying proceedings in these actions. *MRNY* ECF No. 308; *State of New York* ECF No. 285. On March 16, the parties submitted a joint status letter to the Court stating that discovery in these actions is currently stayed pursuant to that Order. *MRNY* ECF No. 309; *State of New York* ECF No. 287. The parties are still discussing potential next steps, and in light of the stay of proceedings have no further updates.

Dated:   New York, New York
         March 25, 2021

By: */s/ Jonathan H. Hurwitz*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew J. Ehrlich
Jonathan H. Hurwitz
Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles
Leah J. Park

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com
roloughlin@paulweiss.com
dsinnreich@paulweiss.com
abowles@paulweiss.com
lpark@paulweiss.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Ghita Schwarz

Baher Azmy

666 Broadway
7th Floor
New York, New York  10012
(212) 614-6445
gschwarz@ccrjustice.org
bazmy@ccrjustice.org


**THE LEGAL AID SOCIETY**
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit

199 Water Street, 3rd Floor
New York, New York 10038
(646) 234-4326
Sewelber@legal-aid.org
Kkelleher@legal-aid.org
Scameron@legal-aid.org
Hhshafiqullah@legal-aid.org

*Attorneys for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*


**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Amanda Meyer* _____
Amanda Meyer, *Assistant Attorney General*
Judith N. Vale, *Senior Assistant Solicitor General*
Abigail Katowitz, *Assistant Attorney General*
Office of the New York State Attorney General
New York, New York 10005
Phone:  (212) 416-6225
Amanda.Meyer@ag.ny.gov

*Attorneys for the States of New York, Connecticut, and Vermont and the City of New York*

3

AUDREY STRAUSS
Acting United States Attorney
BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch

By: */s/ Keri L. Berman*
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSUA M. KOLSKY, DC Bar No. 993430
U.S. Dep't of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*