UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STATE OF NEW YORK, et al.,

               Plaintiffs,

        -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

               Defendants.
------------------------------------------------------------x

19-CV-7777 (GBD) (OTW)

**ORDER**

------------------------------------------------------------x
MAKE THE ROAD NEW YORK, et al.,

               Plaintiffs,

        -against-

TRACY RENAUD, et al.,

               Defendants.
------------------------------------------------------------x

19-CV-7993 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall submit a joint status letter on **May 21, 2021**.

    **SO ORDERED.**

Dated: New York, New York
     April 29, 2021

                         *s/ Ona T. Wang*
                         **Ona T. Wang**
                         United States Magistrate Judge