UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STATE OF NEW YORK, CITY OF NEW YORK,
STATE OF CONNECTICUT, and STATE OF
VERMONT,

                          Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY; KEVIN K. MCALEENAN, *in his official
capacity as Acting Secretary of the United States
Department of Homeland Security*; UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES;
KENNETH T. CUCCINELLI II, *in his official capacity
as Acting Director of United States Citizenship and
Immigration Services*; and UNITED STATES OF
AMERICA.,

                         Defendants.

ORDER
19 Civ. 7777 (GBD)

------------------------------------------------------------X

GEORGE B. DANIELS, United States District Judge:

      Plaintiffs' Motion for Summary Judgment, (ECF No. 239), and Defendants' Partial Motion to Dismiss, (ECF No. 248), are DENIED without prejudice to renew. The Court of Clerk is directed to close those motions, (ECF Nos. 239 and 248), accordingly.

      The above captioned case is hereby ordered to be placed on the suspense docket until further order of the Court.

Dated: New York, New York
       September 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge