UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, STATE OF VERMONT, MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FOUNDATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

                         Plaintiffs,

      -against-

KEN CUCCINELLI, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, KEVIN K. McALEENAN, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OF AMERICA, and CHAD F. WOLF,

                         Defendants.
------------------------------------- x

ORDER

19 Civ. 7777 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' Notices of Voluntary Dismissal, (ECF Nos. 325 and 326), are APPROVED.

    The Clerk of Court is directed to close the above-captioned action.

Dated: March 6, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge